FILED

DEC - 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   LAKENYA NASH
7
8
                 IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12
   UNITED STATES OF AMERICA,        )  No. Cr S 11-072 DAD
13                                  )
                    Plaintiff,      )
14                                  )  WAIVER OF PERSONAL APPEARANCE FOR
        v.                          )  SENTENCING
15                                  )
   LAKENYA NASH,                    )
16                                  )  Date:   December 6, 2011
                    Defendant.      )  Time:   10:00 am
17                                  )  Judge:  Hon. Dale A. Drozd
                                    )
18 _____
19      Pursuant to Fed.R.Crim.P. 43(b)(2), the defendant, Lakenya Nash,

20 hereby waives her right to be present in person in open court for the

21 sentencing proceeding in this case.  The defendant agrees that her

22 interest will be deemed represented at all times by the presence of her

23 attorney the same as if she were personally present.

24      As indicated in the presentence report, Ms. Nash currently lives

25 in Clovis, New Mexico with her 8 year old son.  She personally appeared

26 at the change of plea and was interviewed over the phone by probation

27 for the preparation of the report.  The report documents her dire

28 financial condition.  Counsel could seek an order for travel funds for

1 | her to fly out here for sentencing, however that would still leave the
2 | issue about care for her son in her absence and the statute does not
3 | permit the Court to order funds for her son to travel with her.

4 | The defendant, Lakenya Nash, acknowledges that she has received a
5 | copy of the presentence report dated October 25, 2011.  She
6 | acknowledges that she has had enough time to review that report and has
7 | communicated  with her attorney regarding sentencing matters, including
8 | the application of the sentencing guidelines.  Ms. Nash also
9 | acknowledges that she knows she has the right to personally address the
10 | Court at her sentencing hearing.  Ms. Nash is requesting to have her
11 | personal presence waived, she is requesting, however, that she be
12 | allowed to appear telephonically.

13 | Ms. Nash has waived her right to appeal in this matter,
14 | nonetheless, she is aware that should she believe that waiver is
15 | inapplicable any appeal must be filed within 14 days of the judgment.
16 | She is aware that she can contact her attorney undersigned in order to
17 | file the notice of appeal appeal.

18 | The original signed copy of this waiver is being preserved by the
19 | attorney undersigned.

20 | Dated:  November 18, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
LAKENYA NASH

LAKENYA NASH

Waiver of Appearance                    -2-

1

**ORDER**

2

3      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure and

4  for the reasons set forth above, Ms. Lakenya Nash's personal appearance

5  at her sentencing hearing may be waived and she may appear by telephone

6  at the number provided by her attorney.

7  Dated:_____ ~~November~~ December 1, 2011

8                                        HON. DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Waiver of Appearance                    -3-