1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LAKENYA NASH

FILED
DEC 5 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   Cr.S-11-072 DAD
           Plaintiff,            )
                                 )   AMENDED  DAD
     v.                          )   STIPULATION AND [PROPOSED]
                                 )   ORDER
LAKENYA NASH,                    )
                                 )   DATE: December 16, 2011
           Defendant.            )   TIME: 11:00 a.m.
                                 )   JUDGE: Hon. Dale A. Drozd
_____)

It is hereby stipulated and agreed to between the United States of America through JUSTIN LEE, Assistant U.S. Attorney, and defendant, LAKENYA NASH, by and through her counsel, LINDA C. HARTER, Chief Assistant Federal Defender, that the judgment and sentencing set for Tuesday, December 6, 2011, be vacated and continued to Friday, December 16, 2011 at 11:00 a.m. for judgment and sentencing.

///
///
///

```
DATED: December 5, 2011        Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Linda C. Harter
                               LINDA C. HARTER
                               Assistant Federal Defender
                               Attorney for Defendant
                               LAKENYA NASH


DATED: December 5, 2011        BENJAMIN WAGNER
                               United States Attorney


                               /S/Justin Lee
                               JUSTIN LEE
                               Assistant U.S. Attorney
                               Attorney for Plaintiff
```

O R D E R

IT IS SO ORDERED.

DATED: _December 5_, 2011.

_Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge

2